UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------X
LOUIS MARANO,

                Plaintiff,

       -against-                                      Civil No: 3:15-cv-01052-VLB

AMERICAN ADJUSTMENT BUREAU, INC.,

                Defendants.
----------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims brought against AMERICAN ADJUSTMENT BUREAU, INC., in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated: April 15, 2016

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| *Louis Marano* | *American Adjustment Bureau, Inc.,* |
| | |
| By: /s/ Yitzchak Zelman          . | By: /s/ Michael J. Dugan |
| Yitzchak Zelman, Esq. (YZ5857) | Michael J. Dugan, Esq. |
| MARCUS ZELMAN, LLC | Litchfield Cavo LLP |
| 1500 Allaire Avenue, Suite 101 | 82 Hopmeadow Street, Suite 210 |
| Ocean, New Jersey 07712 | Simsbury, CT 06089-9637 |
| Tel: (732)695-3282 | Tel. (860) 413-2704 |
| Email: yzelman@marcuszelman.com | Email: dugan@litchfieldcavo.com |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
LOUIS MARANO,

        Plaintiff,

   -against-                              Civil No: 3:15-cv-01052-VLB

AMERICAN ADJUSTMENT BUREAU, INC.,

        Defendants.
---------------------------------------------------------------X

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 15, 2016 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:15-cv-01052-VLB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2016.**

                                                 _____
                                                 HON. VANESSA L. BRYANT
                                                 UNITED STATES DISTRICT JUDGE